DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
LAPRICE LAMONT REYNOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAPRICE LAMONT REYNOLDS, )<br>)<br>Defendant. )<br>) <br>_____ ) | No. Cr. F 04-5226 OWW<br><br>**REQUEST FOR APPOINTMENT OF COUNSEL;  ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:  March 24, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. OLIVER W. WANGER |

    Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, LAPRICE LAMONT REYNOLDS, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed March 10, 2008.  Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

    Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

---

[*] Mr. Reynolds has authorized the undersigned to file this application on his behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines.  Because Mr. Reynolds's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Mr. Reynolds's completed financial affidavit is attached hereto.

Accordingly, Mr. Reynolds requests the Court issue the order lodged herewith.

Dated:  March 10, 2008

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                  /s/ *David M. Porter*
                                DAVID M. PORTER
                                Assistant Federal Defender

                                Seeking Appointment as Attorney for Movant
                                LAPRICE LAMONT REYNOLDS

### **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

IT IS SO ORDERED.

**Dated:   March 11, 2008**                 **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE