1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    LAPRICE LAMONT REYNOLDS

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  No. Cr. F 04-5226 OWW
                                    )
12                  Plaintiff,      )  **ORDER REDUCING SENTENCE PURSUANT**
                                    )  **TO 18 U.S.C. § 3582(c)(2)**
13       v.                         )
                                    )  **RETROACTIVE CRACK COCAINE**
14  LAPRICE LAMONT REYNOLDS,        )  **REDUCTION CASE**
                                    )  Date:  March 24, 2008
15                  Defendant.      )  Time:  9:00 a.m.
                                    )  Judge: Hon. OLIVER W. WANGER
16  _____ )

17       This matter came before the Court on the motion of the defendant

18  for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on

19  March 10, 2008.  The motion was set for hearing on March 24, 2008, but

20  because the parties have stipulated to the resolution, the matter is

21  taken off calendar.

22       The parties agree, and the Court finds, that Mr. Reynolds is

23  entitled to the benefit of the retroactive amendment reducing crack

24  cocaine penalties, which reduces the applicable offense level from 23

25  to 21.

26       IT IS HEREBY ORDERED that the term of imprisonment originally

27  imposed is reduced to 60 months;

28       IT IS FURTHER ORDERED that all other terms and provisions of the

1   original judgment remain in effect.

2        Unless otherwise ordered, Mr. Reynolds shall report to the United

3   States Probation office closest to the release destination within

4   seventy-two hours

5   IT IS SO ORDERED.

6   **Dated:    March 19, 2008**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REDUCING SENTENCE
                                    -2-